# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of January, two thousand and fifteen.

Before:  Ralph K. Winter,
      *Circuit Judge.*

_____

United States of America,
 Plaintiff-Appellee-Cross-Appellant,

 v.

Frank Caraballo,
 Defendant-Appellant-Cross-Appellee.

_____

**ORDER**
Docket Nos. 12-3839 (L);
      14-4203 (CON);
      14-4451 (XAP)

  Appellant-Cross-Appellee moves to modify the briefing schedule such that his principal brief in the above-captioned appeals is due by May 22, 2015.

  IT IS HEREBY ORDERED that the motion is GRANTED.

            For the Court:
            Catherine O'Hagan Wolfe,
            Clerk of Court